County, Marshall, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRUCE HAWKINS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Matter converted to CPLR article 78 proceeding (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming county, Sedita, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TYRONE JONES, Appellant, v HAROLD J. SMITH, as Superintendent, Attica Correctional Facility, Respondent. — Matter converted to CPLR article 78 proceeding (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Wolf, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD LOPEZ, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Matter converted to CPLR article 78 proceeding (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY ODOM, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Matter converted to CPLR article 78 proceeding (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). Judgment unanimously reversed and petition granted (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from Judgment of Supreme Court, Wyoming County, Kane, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of BROTHER ANDRE PORTER, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming